**Kako K. RANKINE, Plaintiff–Appellee,**

**v.**

**Anthony J. RANKINE, Defendant–Appellant,**

**v.**

**Hickory Public Schools "System"; Daniel Massey; Timothy Simms; D. Stuart Thompson; Cathy Isenhour; Marilyn Max; Jeffrey T. Mackie; Does 1–10, Third Party Defendants–Appellees.**

**No. 02–1233.**

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Anthony J. Rankine, Appellant Pro Se. Daniel Ray Green, Jr., Hickory, North Carolina; Jeffrey T. Mackie, Sigmon, Clark & Mackie, Hickory, North Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony J. Rankine appeals the district court's order: granting Kako Rankine and the Third Party Defendants' motions to dismiss; granting the motions for sanctions but deferring a ruling on the amount of sanctions; dismissing Anthony Rankine's complaint and amended complaint; deferring a ruling on the motion for costs and attorney's fees; denying as moot Kako Rankine's and the Third Party Defendants' remaining motions; remanding the matter to the state court; and imposing an injunction on Anthony Rankine. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rankine v. Rankine,* No. CA–01–79–5–V (W.D.N.C. Feb. 12, 2002). We deny Rankine's motion to stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*